United States District Court

Southern District of New York

---

A.H., individually and on behalf of N.H., a student with a disability,

Plaintiffs,

-against-

The Board of Education of the City School District of the City of New York, the New York City Department of Education, a/k/a New York City Public Schools, the City of New York, and Chancellor Kamar H. Samuels, in his official capacity,

Defendants.

---

**SUMMONS RIDER**

**26 Civ. ________ (____)**

**THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK**
c/o The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

**NEW YORK CITY DEPARTMENT OF EDUCATION a/k/a New York City Public Schools**
c/o The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

**THE CITY OF NEW YORK**
c/o The Office of the Corporation Counsel
100 Church Street
New York, NY 10007

**CHANCELLOR KAMAR H. SAMUELS, in his official capacity**
c/o The Office of the Corporation Counsel
100 Church Street
New York, NY 10007



*Output produced: July 9, 2026 at 1:07 AM ET*