Department of Education

Search Curriculum Communication

R

Reporting Administration

My Home Page >
**[Inactive]** NAFTALI HERTZ (234736700) > Documents >
Final: Discharge *(2025-26)*

**Print...** **Navigate To...** **More...**

Department of Education

# DISCHARGE

**Student Name:** [redacted]

**NYC ID:** [redacted]

**DOB:** [redacted]/2011

**School:** 22CS06:CSE Location 06

| | |
|---|---|
| **Discharge Reason * :** | Student with IESP or SP transfers to school outside of NYC. Student remains an NYC resident. |
| **Discharge Date * :** | 09/08/2025 |