Gmail

Gerschel Administration <admin@gerschellaw.com>

# Case # 303474, AI # 8 : [redacted]

1 message

**IHServiceInvoices@schools.nyc.gov** <IHServiceInvoices@schools.nyc.gov> Thu, Mar 19, 2026 at 5:06 PM

Reply-To: IHServiceInvoices@schools.nyc.gov
To: VICTORIAKRAVETS@gmail.com
Cc: gerschel@gerschellaw.com

Dear **VICTORIA KRAVETS,**

Per the Order for IH# **303474** dated Dec 29 2025 for the student [redacted] the Implementation Unit has authorized funding for the services listed below. Please be sure to track the number of sessions for services provided to ensure you are not exceeding the mandate/Impartial Hearing Order award.

- Payee Name: **VICTORIA KRAVETS**
- Provider: **OT (1:1) 3X45**
- Service Type: **Occupation Therapy** for the period **Oct 27 2025** through **Dec 31 2025**
- Maximum Session: **24.00** at a rate of **$81.00** per session
- Maximum Session Length (minutes): **45**
- Pendency is effective **Oct 27 2025** until the conclusion of the case.
- Order Details: Per the Pendency Order, the DOE shall fund 3x45 sessions per week of OT (1:1) on a 12-month basis. Pendency is effective 10/27/2025 until the conclusion of this case.

Should pendency remain open throughout the **2025/2025** school year, this authorization allows for a total of **24.00** sessions of **"Occupation Therapy"** through **Dec 31 2025 .** This authorization is subject to change to extend beyond or end prior to **Dec 31 2025** based upon further order by the Impartial Hearing Officer, withdrawal or settlement.

Attached is the VENDOR MONTHLY SERVICE INVOICE FORM. Please make sure the invoice clearly notes that the service type is **"Occupation Therapy"** and the impartial hearing case number **303474.** All required information must be entered, including all required signatures. Incomplete invoices will result in delayed payment. Please email completed invoices monthly to the Division of Financial Operations-Payables Office for payment processing or any billing inquiries to IHServiceInvoices@schools.nyc.gov

For any questions regarding this authorization and/or if there is any change to the providers for this service, the parent or their representative should contact their assigned account specialist in the Implementation Unit and cc: IUAuthorization@schools.nyc.gov.

---

**InvoiceTemplate.pdf**
298K