# FINDINGS OF FACT AND DECISION

| | |
|---|---|
| Case Number: | 174703 |
| Student's Name: | [redacted] |
| Date of Birth: | [redacted]2011 |
| District: | 21 |
| Hearing Requested By: | Parent |
| Dates of Hearing: | October 11, 2018<br>September 17, 2019<br>September 23, 2019 |
| Actual Record Close Date: | October 17, 2019 |
| Hearing Officer: | Suzanne M. Carter |

---

Names of Persons who Appeared – October 11, 2018

For the Student:
KIRA EPSTEIN, ESQ., Attorney

For the Department of Education:
INNA MOGILEVSKAYA, District Representative

Names of Persons who Appeared – September 17, 2019

For the Student:
KIRA EPSTEIN, ESQ., Attorney (via telephone)

For the Department of Education:
JUDIMARIE MARRA, District Representative

Names of Persons who Appeared – September 23, 2019

For the Student:
KIRA EPSTEIN, ESQ., Attorney

For the Department of Education:
JEANIE DENARO, District Representative

## INTRODUCTION

On July 9, 2018 following recusal of another hearing officer, I was appointed to conduct an impartial hearing pursuant to 20 U.S.C. §1415, regarding the special education program of "Student". The pendency hearing commenced on August 9, 2018. Exhibits A-B were entered into evidence. On December 10, 2018, Parent filed an amended complaint. Impartial hearings took place on October 11, 2018, September 17, 2019, and September 23, 2019. Exhibits C-S were admitted. The record closed on October 17, 2019.

## BACKGROUND

The Student is seven-year-old boy classified by the DOE as a student with Autism. He has been diagnosed with autism spectrum disorder ("ASD"), sensory processing disorder ("SPD"), and attention deficit hyperactivity disorder ("ADHD"). The Parent alleges the Department of Education (the "Department") failed to offer a free and appropriate education (FAPE) to the Student for 2018/19 school year because to offer a timely or procedurally valid and substantively appropriate Individualized Education Services Program ("IESP") for the 2018-2019 school year.

## FINDINGS OF FACT

A school district may not argue that the "equities" are in its favor it once it has failed to provide a FAPE or concedes that it is has not. <u>See</u> <u>N.R. v. Department of Education of the City of New York</u>, 2009 U.S. Dist. LEXIS 27273, * 20-21 (S.D.N.Y. 2009). The Court held that the Department's "'abdication of its responsibility to provide. . . FAPE is so clear from the record -- and the law's imposition of this duty on the [Department] is so well-settled -- that . . . the equities favor the parents.'" <u>Id</u>. The 2018/19 school year had ended and Department did not appeal the

pendency order. Therefore, Student is entitled to all services as listed in the pendency order.

Exhibits K, L, M, N, O, P, Q demonstrate services to be provided.

**IT IS THEREFORE ORDERED THAT**

1. Student is entitled to all services as listed in the pendency order from July 1, 2018 to June 30, 2019, specifically:

a. 40 hours per week of 1:1 Special Education Itinerant Teacher ("SEIT") services to be provided in a general location (at home/at school);

b. 7 hours per week of 1:1 enhanced Occupational Therapy ("OT") services incorporating Astronaut Training and Therapeutic Listening (Integrated Listening System);

c. 2 hours per week of Parent Counseling and Training;

d. 2 hours per week of Board-Certified Behavior Analyst ("BCBA") supervision;

e. 3x45 minute sessions 1:1 OT;

f. 3x45 minute sessions 1:1 Physical Therapy ("PT"); and

g. 4x30 minute sessions 1:1 Speech/Language Therapy ("SLT").

2. Providers for the above services are to be paid for all services provided in pendency at prevailing rates (including at a rate of up to $150 per hour for SEIT and at a rate of $150 per hour for enhanced OT services).

3. The Student is entitled to the following compensatory services to be provided at prevailing rates (including $150 per hour for enhanced OT services):

a. 92 hours of BCBA supervision

b. 92 hours of Parent Counseling and Training

c. Three (3) 45-minute PT sessions

d. 48 30-minute SLT sessions

e. 189 hours of enhanced OT

Dated: November 9, 2019

/s/Suzanne M. Carter

Suzanne M. Carter, ESQ.
Impartial Hearing Officer

**PLEASE TAKE NOTICE**

The parent and/or the New York City Department of Education has a right to obtain a review of this decision by a State Review Officer of the New York State Education Department under Part 200.5(k) of the Regulations of the Commissioner of Education, Section 4404 of the Education Law, and the Individuals with Disabilities Education Act.

Directions and forms can be found on the Office of State Review website:
http://www.sro.nysed.gov/RevisedRegulationsOverview.html