OATH SEHD - CASE #293773

# Pendency Implementation Form

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

| Student Name | OSIS Number | DPC Number |
|---|---|---|
| [redacted] | [redacted] | |

1. The basis for pendency is:

   ☐IEP dated:

   ☒Unappealed FOFD (case number and date): case no. 174703, dated November 9, 2019

   ☐Other (explain):

2. The pendency program consists of the following:

| Tuition | | |
|---|---|---|
| **School Name** | **10- or 12-Month Program** | **Other Notes** |
| | | |

| Services | | | | |
|---|---|---|---|---|
| **Service or Item** | **Ratio and Frequency** | **10- or 12-Month Program** | **DOE or Private Provider** | **Private Provider Name and Rate** |
| SEIT (to be provided in a general location – at home/school) | 40 hours per week, 1:1 | 12 | Private | Up to $150/hour |
| Enhanced OT (incorporating Astronaut Training and Therapeutic Listening – Integrated Listening System) | 1:1, 7 hours per week | 12 | Private | Up to $150/hour |
| OT | 1:1, 3x45 minutes per week | 12 | Private | Prevailing rate |
| Speech Therapy | 1:1, 4x30 minutes per week | 12 | Private | Prevailing rate |
| Physical Therapy | 1:1, 3x45 minutes per week | 12 | Private | Prevailing rate |
| Parent Counseling and Training | 2 hours per week | 12 | Private | Prevailing rate |
| BCBA Supervision | 2 hours per week | 12 | Private | Prevailing rate |

Form submitted by: Kule-Korgood & Associates, Attorneys for Parent & Student

---

# Pendency Implementation Form

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

**For DOE use only:**

☐ The above program should be implemented as pendency.

Pendency starts on:

☐ The date the DPC was filed:

☐ Other (explain):

Click or tap to enter a date.

________________________________ ___________

DOE Reviewer Date

# PENDENCY ORDER

Case Number: 293773
Student's Name: [redacted]
Request Date/Date Complaint Filed: 4/8/2025
Time Sensitive Choose an item.

The Student's pendency program is based upon the following:

- ☐ IEP/IESP Dated Click or tap to enter a date..
- ☒ Unappealed Findings of Fact and Decision Case No. 174703, dated November 9, 2019
- ☐ Agreement of the Parties Dated Click or tap to enter a date.
- ☐ Other (explain) Click or tap here to enter text.

The Student's pendency program is the following services:

| Service or Item | Ratio or Frequency (if applicable) | For 10 or 12 Months |
|---|---|---|
| Special Education Itinerant Teacher (SEIT) Services provided in a general location (at home/at school) | 1:1, 40 hours per week | 12 months |
| Enhanced Occupational Therapy (incorporating Astronaut Training and Therapeutic Listening (Integrated Listening System) | 1:1, 7 hours per week | 12 months |
| Speech-Language Therapy | 1:1, 4x30 minutes per week | 12 months |
| Physical Therapy | 1:1, 3x45 minutes per week | 12 months |
| Occupational Therapy | 1:1, 3x45 minutes per week | 12 months |
| BCBA Supervision | 2 hours per week | 12 months |
| Parent Counseling and Training | 2 hours per wee | 12 months |

*Pendency concerns the student's general program and services and generally does not specify a particular brick and mortar location, provider, or rate. *Scheff v. NYC Dep't of Educ.*, 2023 WL 4715174 (S.D.N.Y. 6/27/23); *T.Y. v. New York City Dep't of Educ.*, 584 F.3d 412, 419 (2d Cir. 2009).

The Department of Education (DOE) took the following position regarding the pendency program above:

- ☐ Did not contest.
- ☐ Agreed to the information above.
- ☒ The DOE was given an opportunity to respond by 5/19/2025 and did not respond or provide its position.

This pendency program shall be retroactive to the date of filing of the Due Process Complaint and, unless modified by a subsequent order or agreement, shall continue until the conclusion of the case.

**ORDERED:**

DATED: 5/20/2025

Impartial Hearing Officer

**NOTICE OF RIGHT TO APPEAL**

Within 40 days of the date of this decision, the parent and/or the Public-School District has a right to appeal the decision to a State Review Officer (SRO) of the New York State Education Department under section 4404 of the Education Law and the Individuals with Disabilities Education Act.

If either party plans to appeal the decision, a notice of intention to seek review shall be personally served upon the opposing party no later than 25 days after the date of the decision sought to be reviewed.

An appealing party's request for review shall be personally served upon the opposing party within 40 days from the date of the decision sought to be reviewed. An appealing party shall file the notice of intention to seek review, notice of request for review, request for review, and proof of service with the Office of State Review of the State Education Department within two days after service of the request for review is complete. The rules of procedure for appeals before an SRO are found in Part 279 of the Regulations of the Commissioner of Education. A copy of the rules in Part 279 and model forms are available at http://www.sro.nysed.gov.