Gmail

Gerschel Administration <admin@gerschellaw.com>

**REQUEST FOR I.E.P. MEETING FOR [redacted] D.O.B. [redacted]/11 N.Y.S. I.D.# [redacted]**

2 messages

[redacted] Fri, Aug 15, 2025 at 5:26 AM

To: mmorris5@schools.nyc.gov, KRoblod@schools.nyc.gov

Cc: cse6@schools.ny.gov

Good evening,

Kindly review and respond to the attached letter.

[redacted]

[redacted] **DOB** [redacted] **11 NYS ID** [redacted]**.pdf**

675K

[redacted]> Thu, Sep 11, 2025 at 11:20 PM

To: Gerschel Administration <admin@gerschellaw.com>, Philippe Gerschel <philippe@gerschellaw.com>, Alexander Sprei <alex@gerschellaw.com>

[Quoted te t hidden]

[redacted]

[redacted] **DOB** [redacted] **11 NYS ID** [redacted]**.pdf**

675K

August 15, 2025

From: [redacted]
Brooklyn, N.Y. 11230
[redacted]

To: C.S.E. 6 Chairperson, Marlene Morris Lambert mmorris5@schools.nyc.gov
and Kathleen Roblodowski, KRoblod@schools.nyc.gov

Re: **REQUEST FOR I.E.P. MEETING**
[redacted] (DOB [redacted] 2011)
NYC ID [redacted]

Dear Chair of the C.S.E.:

I am very concerned about [redacted] academic and social development. The District has not contacted us for the last two years for an I.E.P. I have not heard from the District about F.A.P.E. or services for the 2025-26 school year. [redacted] desperately needs special education intervention to continue making academic and social progress and to address his many special education needs.

I am, therefore, **requesting that you schedule an I.E.P. meeting as soon as possible** and consider the special education program and services that [redacted] requires. This will enable [redacted] to meet his academic and social goals and will provide my child with the necessary support he needs to make progress and to address his specific special education needs. We appreciate your time, efforts, and consideration in this matter.

You can reach me via email [redacted] com or via telephone at [redacted]
With much thanks and appreciation,

[redacted]

Gmail **Gerschel Administration <admin@gerschellaw.com>**

# Fwd: REQUEST FOR I.E.P. MEETING FOR [redacted] D.O.B. [redacted] /11 N.Y.S. I.D.# [redacted]

2 messages

---

[redacted] m> Tue, Sep 9, 2025 at 11:42 AM
To: Gerschel Administration <admin@gerschellaw.com>, Philippe Gerschel <gerschel@gerschellaw.com>, [redacted]

Please see the below:

---------- Forwarded message ---------
From: **David Mark** <DMark@schools.nyc.gov>
Date: Tue, Sep 9, 2025 at 10:16 AM
Subject: Re: REQUEST FOR I.E.P. MEETING FOR [redacted] D.O.B. [redacted] /11 N.Y.S. I.D.# [redacted]
[redacted], Sara Zimmerman <SZimmerman4@schools.nyc.gov>
Cc: Linda Herskovitz <LHersko2@schools.nyc.gov>

Good Morning Mr Hertz,

Your son, [redacted] ase has been discharged as he attends [redacted], (located at: [redacted] . [redacted] NY [redacted] which is a general education high scho C.

If you have any questions please fee free to call me at 718-968-6270 and I can further explain.

Dr. David Mark, MS, LCSW, EdD
Bilingual School Psychologist
Licensed Clinical Social Worker
Doctorate of Education

NYC DOE CSE 6/ District Representative

5619 Flatlands Avenue,

Brooklyn, NY, 11234

Procedural Safeguards Notice : http://www.p12.nysed.gov/specialed/formsnotices/documents/NYSEDProceduralSafeguardsNoticeJuly2017v2.pdf

---

**From:** [redacted] c.com>
**Sent:** [redacted] tember 9, 2025 10:00 AM
**To:** Sara Zimmerman <SZimmerman4@schools.nyc.gov>
**Cc:** Linda Herskovitz <LHersko2@schools.nyc.gov>; DMark@schools.nyc.gov>
**Subject:** Re: REQUEST FOR I.E.P. MEETING FOR [redacted] D.O.B. [redacted] /11 N.Y.S. I.D.# [redacted]

You don't often get email from [redacted] .com. Learn why this is important

Good morning Mr. Mark,

Please email me today in response to my inquiry.

Thank you.

On Tue, Sep 9, 2025 at 9:48 AM Sara Zimmerman <SZimmerman4@schools.nyc.gov> wrote:

I have cc'ed David Mark, current case manager.

**Sara Zimmerman, MS**
**Supervisor of Psychologists**
**Committee on Special Education-CSE 6 (Districts 17,18,22)**
**Division of Inclusion and Accessible Learning (DIAL)**

**5619 Flatlands Avenue**
**Brooklyn, NY 11234**
**718-968-6199** ***Please note the new number**
**Fax 718-968-6255**

NYC Public Schools | Division of Inclusive & Accessible Learning

Procedural Safeguards Notice : http://www.p12.nysed.gov/specialed/formsnotices/documents/NYSEDProceduralSafeguardsNoticeJuly2017v2.pdf

CONFIDENTIALITY NOTICE: This e-mail/fax and its attachments may contain PRIVILEGED and CONFIDENTIAL INFORMATION intended solely for the use of NYC Department of Education, CPSE & CSE Division of Special Education and the recipient(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing, or copying of this e-mail message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this e-mail [shred the document] and any attachments.

---

**From:** [redacted]om>
**Sent:** Tuesday, September 9, 2025 9:45 AM
**To:** Linda Herskovitz <LHersko2@schools.nyc.gov rman <SZimmerman4@schools.nyc.gov>
**Subject:** REQUEST FOR I.E.P. MEETING FOR [redacted] D.O.B[redacted]/11 N.Y.S. I.D.# [redacted]

Good morning,

Are there any reports or evaluations you need in order to expedite the scheduling of a meeting?

Thank you.

Good afternoon,

Kindly review and respond to the attached letter

Thank you.
[redacted]

[redacted]