Department of Education

## DISCHARGE

**Student Name:** NAFTALI HERTZ

**NYC ID:** 234736700

**DOB:** 01/18/2011

**School:** 22CS06:CSE Location 06

| | |
|---|---|
| **Discharge Reason * :** | Student with IESP or SP transfers to school outside of NYC. Student remains an NYC resident. |
| **Discharge Date * :** | 09/08/2025 |