Gmail

Gerschel Administration <admin@gerschellaw.com>

## 303474, 234736700, Hertz, Naftali - Implementation

10 messages

**Rozee Sprei** <rozeesprei@gerschellaw.com> Tue, Jan 13, 2026 at 2:03 PM
To: IUAuthorization <IUAuthorization@schools.nyc.gov>, Lashaundra Polk <LPolk@schools.nyc.gov>
Cc: Gerschel Administration <admin@gerschellaw.com>, hoosle@aol.com

Dear IU Team,

Here is the authorization list for case #303474 for [redacted] 2025-2026:

SEIT:

Business or Entity Name: Dvorah Levin
Business Address: 940 East 19th street, Brooklyn, NY 11230
Email Address: devorahlevin674@gmail.com
Tax Identification Number (TIN) (omitting hyphens):128885538
Service Type: SEIT
Rate per Hour: $225.00
Start date of services: July 1, 2025
40 hours per week

PT:

Business or Entity Name: Mirels PT LLC
Business Address: 2323 Crystal Mile CT Toms River NJ 08755
Email Address: mirelfriedman@gmail.com
Tax Identification Number (TIN) (omitting hyphens):#0451205919
Service Type: Individual Physical Therapy (“PT”) to be provided three times weekly for 45 minutes per session;
Rate per Hour: $300.00
Start date of services: July 1st, 2025
3 x 45 min per week

OT: **3 NOTE different providers**

Business or Entity Name: Tal 18 Inc.
Business Address: 135-11 77th Ave, Flushing, NY 11367
Email Address: talegaoi@gmail.com
Tax Identification Number (TIN) (omitting hyphens): 991381814
Service Type: 6 hours weekly of individual Occupational Therapy (“OT”) services incorporating Astronaut Training and Therapeutic Listening (Integrated Listening System);
Rate per Hour: $250.00
Start date of services: July 1, 2025
6 hours per week

Business or Entity Name: Fraida Flaishman
Business Address: 1038 East 36th Street, Brooklyn NY 11210
Email Address: flaishman.ot@gmail.com
Tax Identification Number (TIN) (omitting hyphens): 073625003

Service Type: 1 hour weekly of individual Occupational Therapy ("OT") services incorporating Astronaut Training and Therapeutic Listening (Integrated Listening System);
Rate per Hour: $250.00
Start date of services: July 1, 2025
1 hour per week

Business or Entity Name: Victoria Kravets
Business Address: 211 Bay 35th st Apt. , Brooklyn NY 11214
Email Address: victoriakravets@gmail.com
Tax Identification Number (TIN) (omitting hyphens): 083846367
Service Type: Individual OT to be provided three times weekly for 45 minutes per session;
Rate per Hour: $108.00
Start date of services: July 1, 2025
3 x 45 minutes per week

SPEECH:
Business or Entity Name: Danielle Green
Business Address: 3033 Hewlett Ave, Merrick NY 11566
Email Address: danielle.brickman@gmail.com
Tax Identification Number (TIN) (omitting hyphens): 109682047
Service Type: Speech
Rate per Hour: $300
Start date of services: July 1, 2025
1 x 30 min per week

Sincerely,

--

THE LAW OFFICES OF PHILIPPE J. GERSCHEL

**Rozee Sprei**
**Legal Assistant**
**Law Offices of Philippe J. Gerschel**

**Website** gerschellaw com/

**Email** rozeesprei@gerschellaw.com

**Mobile** 929-884-5281 **Phone** (
646) 402 5468

---

**Gerschel Administration** <admin@gerschellaw.com> Wed, Jan 21, 2026 at 9:00 PM
To: Lashaundra Polk <lpolk@schools.nyc.gov>, IUAuthorization <iuauthorization@schools.nyc.gov>
Cc: Rozee Sprei <rozeesprei@gerschellaw.com>, hoosle@aol.com

Hi Lashaundra,

I'm following up on this authorization request.

Sincerely,

Alexander Sprei
Administrator
Law Office of Philippe Gerschel
Office: (347) 365 2624

Direct Line: (646) 389 0529
Fax: (917) 791-2175
[Quoted te t hidden]

---

**Gerschel Administration** <admin@gerschellaw.com> Fri, Jan 23, 2026 at 8:00 AM
To: Lashaundra Polk <lpolk@schools.nyc.gov>, IUAuthorization <iuauthorization@schools.nyc.gov>, Katrina Wilkins <KWilkin@schools.nyc.gov>
Cc: Rozee Sprei <rozeesprei@gerschellaw.com>, hoosle@aol.com

+Katrina Wilkins

Good Morning Ms. Wilkins,

Please advise if anything further is required for this authorization.

Sincerely,

Alexander Sprei
Administrator
Law Office of Philippe Gerschel
Office: (347) 365-2624
Direct Line: (646) 389 0529
Fax: (917) 791-2175
[Quoted te t hidden]

---

**Katrina Wilkins** <KWilkin@schools.nyc.gov> Fri, Jan 23, 2026 at 8:24 AM
To: Alexander Sprei <admin@gerschellaw.com>
Cc: Rozee Sprei <rozeesprei@gerschellaw.com>, [redacted]>, Lashaundra Polk <LPolk@schools.nyc.gov>, IUAuthorization <IUAuthorization@schools.nyc.gov>

Good Morning,

This case will be reviewed and when authorized the account specialist will notify you.

Thank you.

***Regards,***
***Team Lead - Account Management***
***Katrina Wilkins***
***Impartial Hearing Order Implementation Unit***

**E-Mail: Kwilkin@schools.nyc.gov**

---

**From:** Gerschel Administration <admin@gerschellaw.com>
**Sent:** Friday, January 23, 2026 8:00 AM
**To:** Lashaundra Polk <LPolk@schools.nyc.gov>; IUAuthorization <IUAuthorization@schools.nyc.gov>; Katrina Wilkins <KWilkin@schools.nyc.gov>
**Cc:** Rozee Sprei <rozeesprei@gerschellaw.com>; [redacted]
**Subject:** Re: 303474, [redacted] - Implementation

[Quoted te t hidden]

---

**Gerschel Administration** <admin@gerschellaw.com> Tue, Jan 27, 2026 at 8:00 AM
To: Katrina Wilkins <KWilkin@schools.nyc.gov>

Cc: Rozee Sprei <rozeesprei@gerschellaw.com>, [redacted]>, Lashaundra Polk <LPolk@schools.nyc.gov>, IUAuthorization <IUAuthorization@schools.nyc.gov>

Hi Katrina,

Thanks so much for the initial authorizations. However, one of the OT providers, the PT and the Speech were not authorized. Please advise.

Sincerely,

Alexander Sprei
Administrator
Law Office of Philippe Gerschel
Office: (347) 365 2624
Direct Line: (646) 389-0529
Fax: (917) 791 2175
[Quoted text hidden]

---

**Katrina Wilkins** <KWilkin@schools.nyc.gov> Tue, Jan 27, 2026 at 9:10 AM
To: Alexander Sprei <admin@gerschellaw.com>
Cc: Rozee Sprei <rozeesprei@gerschellaw.com>, [redacted]>, Lashaundra Polk <LPolk@schools.nyc.gov>, IUAuthorization <IUAuthorization@schools.nyc.gov>

Hi,

The account speaclist will reivew and update when authorized.

**Regards,**
***Team Lead - Account Management***
**Katrina Wilkins**
***Impartial Hearing Order Implementation Unit***

**E-Mail: Kwilkin@schools.nyc.gov**

---

**From:** Gerschel Administration <admin@gerschellaw.com>
**Sent:** Tuesday, January 27, 2026 8:00 AM
**To:** Katrina Wilkins <KWilkin@schools.nyc.gov>
**Cc:** Rozee Sprei <rozeesprei@gerschellaw.com>; [redacted] Lashaundra Polk <LPolk@schools.nyc.gov>; IUAuthorization <IUAuthorization@schools.nyc.gov>
[Quoted text hidden]

[Quoted text hidden]

---

[redacted] Wed, Feb 25, 2026 at 11:24 AM
To: IUAuthorization <iuauthorization@schools.nyc.gov>, Lashaundra Polk <lpolk@schools.nyc.gov>, kwilkin@schools.nyc.gov
Cc: Gerschel Administration <admin@gerschellaw.com>

Hi,
I am again following up about 2 missing authorizations for these providers. Can someone please send them an authorization.
Thank you,
[redacted]

PT:
Business or Entity Name: Mirels PT LLC
Business Address: 2323 Crystal Mile CT Toms River NJ 08755

Email Address: mirelfriedman@gmail.com
Tax Identification Number (TIN) (omitting hyphens):#0451205919
Service Type: Individual Physical Therapy (“PT”) to be provided three times weekly for 45 minutes per session;
Rate per Hour: $250.00
Start date of services: July 1st, 2025
3 x 45 min per week

Business or Entity Name: Victoria Kravets
Business Address: 211 Bay 35th st Apt. , Brooklyn NY 11214
Email Address: victoriakravets@gmail.com
Tax Identification Number (TIN) (omitting hyphens): 083846367
Service Type: Individual OT to be provided three times weekly for 45 minutes per session;
Rate per Hour: $108.00
Start date of services: July 1, 2025
3 x 45 minutes per week

On Tuesday, January 13, 2026 at 02:03:39 PM EST, Rozee Sprei <rozeesprei@gerschellaw.com> wrote:

Dear IU Team,

Here is the authorization list for case #303474 for [redacted] 2025-2026:
SEIT:
Business or Entity Name: Dvorah Levin
Business Address: 940 East 19th street, Brooklyn, NY 11230
Email Address: devorahlevin674@gmail.com
Tax Identification Number (TIN) (omitting hyphens):128885538
Service Type: SEIT
Rate per Hour: $225.00
Start date of services: July 1, 2025
40 hours per week

PT:
Business or Entity Name: Mirels PT LLC
Business Address: 2323 Crystal Mile CT Toms River NJ 08755
Email Address: mirelfriedman@gmail.com
Tax Identification Number (TIN) (omitting hyphens):#0451205919
Service Type: Individual Physical Therapy (“PT”) to be provided three times weekly for 45 minutes per session;
[Quoted te t hidden]
[Quoted text hidden]

---

**Lashaundra Polk** <LPolk@schools.nyc.gov> Mon, Mar 2, 2026 at 3:40 PM
To: [redacted]>, Alexander Sprei <admin@gerschellaw.com>
Cc: Katrina Wilkins <KWilkin@schools.nyc.gov>, IUAuthorization <IUAuthorization@schools.nyc.gov>

Hi,

An RSA was sent to the parent for PT on 11/5/25 and 2/28/25 for the OT services.

Thank you,
LaShaundra Polk
Impartial Hearing Order Implementation Unit
NYC Department of Education
lpolk@schools.nyc.gov

For implementation of payment action items, on orders issued on or after January 8, 2025, NYCPS now uses the SupportHub Customer Service Platform. Parents or Parent Representatives will receive an automatic email with a ticket number and a pre-filled form for each Payment Action Item.

Help us reduce overall authorization times and streamline the process by submitting authorization requests through the SupportHub. Click here for the SupportHub User Guide. Our team is ready to assist you in getting started.

Not seeking implementation of a payment(s)? Please visit our Impartial Hearing Order Implementation webpage for more information.

---

**From:** [redacted]>
**Sent:** Wednesday, February 25, 2026 10:24 AM
**To:** IUAuthorization <IUAuthorization@schools.nyc.gov>; Lashaundra Polk <LPolk@schools.nyc.gov>; Katrina Wilkins <KWilkin@schools.nyc.gov>; Katrina Wilkins <KWilkin@schools.nyc.gov>
**Cc:** Alexander Sprei <admin@gerschellaw.com>
**Subject:** Re: 303474, [redacted], [redacted] - Implementation

[Quoted text hidden]

---

[redacted]> Mon, Mar 2, 2026 at 4:21 PM
To: Alexander Sprei <admin@gerschellaw.com>, Lashaundra Polk <lpolk@schools.nyc.gov>
Cc: Katrina Wilkins <kwilkin@schools.nyc.gov>, IUAuthorization <iuauthorization@schools.nyc.gov>

Hi,
The PT Mirel Freidman that works with [redacted] - she does not accept RSA. We need an Authorization through the pendency for the provider the rate the current pendency rate.
There is more than one OT on the case and more that one type of OT, we are looking for the Authorization for the 3 x 45 minute sessions for Victoria Kravitz for those OT sessions. Please look at the pendency that the IHO put forth.

Thank you,
[redacted]

> On Monday, March 2, 2026 at 04:14:49 PM EST, Lashaundra Polk <lpolk@schools.nyc.gov> wrote:
>
> Hi,
>
> An RSA was sent to the parent for PT on 11/5/25 and 2/28/25 for the OT services.

Thank you,
LaShaundra Polk
Impartial Hearing Order Implementation Unit
NYC Department of Education
lpolk@schools.nyc.gov

For implementation of payment action items, on orders issued on or after January 8, 2025, NYCPS now uses the SupportHub Customer Service Platform. Parents or Parent Representatives will receive an automatic email with a ticket number and a pre-filled form for each Payment Action Item.

Help us reduce overall authorization times and streamline the process by submitting authorization requests through the SupportHub. Click here for theSupportHub User Guide. Our team is ready to assist you in getting started.

Not seeking implementation of a payment(s)? Please visit ourImpartial Hearing Order Implementation webpage for more information.

[Quoted text hidden]

---

[redacted] Sun, Jun 28, 2026 at 10:08 PM
To: gabriel@gerschellaw.com, admin@gerschellaw.com, alex@gerschellaw.com
Cc: [redacted]

This is the last communication that was received. Can you please help me with getting an Auth for the PT and the 3 OT's for [redacted]

----- Forwarded Message -----
**From:** Lashaundra Polk <lpolk@schools.nyc.gov>
**To:** [redacted] Alexander Sprei <admin@gerschellaw.com>
**Cc:** Katrina Wilkins <kwilkin@schools.nyc.gov>; IUAuthorization <iuauthorization@schools.nyc.gov>
**Sent:** Monday, March 2, 2026 at 04:14:49 PM EST
**Subject:** Re: 303474, 234736700, Hertz, Naftali - Implementation

Hi,

An RSA was sent to the parent for PT on 11/5/25 and 2/28/25 for the OT services.

Thank you,
LaShaundra Polk
Impartial Hearing Order Implementation Unit
NYC Department of Education
lpolk@schools.nyc.gov

For implementation of payment action items, on orders issued on or after January 8, 2025, NYCPS now uses the SupportHub Customer Service Platform. Parents or Parent Representatives will receive an automatic email with a ticket number and a pre-filled form for each Payment Action Item.

Help us reduce overall authorization times and streamline the process by submitting authorization requests through the SupportHub. Click here for theSupportHub User Guide. Our team is ready to assist you in getting started.

Not seeking implementation of a payment(s)? Please visit ourImpartial Hearing Order Implementation webpage for more information.

[Quoted text hidden]