Gmail — Laura Dawn Barbieri <ldbarblaw@gmail.com>

# Emergency Application for a TRO/PI - 26-cv-5926 (MMG) (HJR)

1 message

**Laura Dawn Barbieri** <ldbarblaw@gmail.com> Thu, Jul 16, 2026 at 11:25 AM
To: "Farrell, Peter (Law)" <pfarrell@law.nyc.gov>, Feng Frances <FFeng2@schools.nyc.gov>, "ServiceECF (Law)" <serviceecf@law.nyc.gov>

Dear All -
Attached are courtesy copies of the following papers we intend to file this afternoon with Judge Garnett, and on ECF, requesting an emergency application for a TRO/PI on the basis of Defendants' refusal/denial/default of pendency on behalf of N.H., a student with a disability pursuant to 20 U.S.C. Sections 1415(j) and (i).
1. Barbieri Decl w/Exhibits 1-17 (except Exhibit 14)
2. A.H. Decl. (which will be filed as Exhibit 1)
3. MOL in Support w/certification
4. Proposed OTSC

If you wish to agree to pendency, as specified in the prayer for relief, however, which obviates the need to make this application, please email and/or call me as soon as possible. I will be filing at about 1:30 pm to 2:00 pm.
Thank you.
Laura

--------------------
Laura D. Barbieri, Esq.
The Law Office of Laura D. Barbieri, PLLC
115 W 73rd Street, Ste 1B
New York, NY 10023
(914) 819-3387 - cell
LDBarbLaw@gmail.com
Laura@LDBarbLaw.com

*Make flexibility work - if you receive an email from me outside of your normal working hours, I am sending it at a time that suits my working style. I'm not expecting you to read or reply outside of your planned working times.*

**************************************
Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you have received this communication in error, please notify this office immediately by replying to this message and deleting it from your computer. Thank you.

---

**19 attachments**

**EXECUTED Revised AH Declaration.pdf**
271K

**Final Barbieri Declaration 7-16-26 (1).pdf**
159K

**Proposed_OSC_with_TRO_7-16-26 (1).pdf**
121K

**FINAL MOL 7-16-26.pdf**
217K

**Ex 12 307092 Order on Pendency 05282026_Redacted.pdf**
173K

**Ex 13 307092 FOFD 06152026 (1)_Redacted.pdf**
290K

**Ex 10 OT Authorization (1)_Redacted.pdf**
101K

**Ex 9 SEIT Authorization (1)_Redacted.pdf**
112K

**Ex 11 Authorization Request PT (1)_Redacted.pdf**
734K

**Ex 8 Ten Day Notice_Redacted.pdf**
191K

**Ex 7 discharge letter 9-8-25_Redacted.pdf**
86K

**Ex 16 Amended DPC 307092_Redacted.pdf**
1398K

**Ex 6 8-15-25 & 9-9-25 Parent Requests_Redacted.pdf**
894K

**Ex 15 DPC 307092_Redacted.pdf**
1592K

**Ex 5 OP 303474_Redacted.pdf**
433K

**Ex 4 Pendency Order 293773_Redacted.pdf**
1083K

**Ex 3 OP 226491_Redacted.pdf**
231K

**Ex 2 174703 FOFD_Redacted.pdf**
208K

**Ex 17 Signed_Proposed SRO Exhibit A 307092 - N.H. - Supplemental Affirmation of Alexandra Hertz (1) (1) (1).pdf**
136K

Gmail

Laura Dawn Barbieri <ldbarblaw@gmail.com>

# Proof of service receipt

2 messages

**ServiceECF (Law)** <ServiceECF@law.nyc.gov> Thu, Jul 16, 2026 at 10:40 AM
To: ldbarblaw <ldbarblaw@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

**ServiceECF (Law)** <ServiceECF@law.nyc.gov> Thu, Jul 16, 2026 at 11:31 AM
To: ldbarblaw <ldbarblaw@gmail.com>

[Quoted text hidden]