USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.H., individually and on behalf of N.H., a student with a disability,

Plaintiff,

-against-

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, et al.,

Defendants.

26-CV-5926 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The present suit was filed by A.H., individually and on behalf of her child, N.H., a fifteen-year-old student with a disability, on July 14, 2026. Dkt. No. 1. On July 16, 2026, A.H. moved for a temporary restraining order and preliminary injunction, seeking an Order compelling enforcement of the pendency rights to which she claims her child is entitled pursuant to an unappealed November 9, 2019, Findings of Fact and Decision (the "2019 FOFD"). Plaintiff alleges that the DOE had continuously funded the child's pendency through December 31, 2025, pursuant to the 2019 FOFD, but has been in effective default of its obligations since. Dkt. No. 8, at 1.

Seeing as the child's pendency has been unfunded since December 31, 2025, and all services have ceased as of May 2026,[1] the Court does not find a compelling reason to issue emergency injunctive relief before giving Defendants any opportunity to respond. *See e.g.*, *Shenzhen Chengront Tech. Co., Ltd. v. Besign Direct*, No. 22-CV-10281 (JLR), 2022 WL 17741496, at *1 (S.D.N.Y. Dec. 9, 2022) ("A plaintiff's delay in seeking a TRO after being put on notice of the alleged harm is 'compelling evidence' that there is no irreparable harm.'"). Indeed, the issuance of a temporary restraining order "is an extraordinary remedy that will not be granted lightly." *Dolce v. Certified Luxury Motors*, No. 25-CV-02150 (AT) (RWL), 2025 WL 1184076, at *2 (S.D.N.Y. Apr. 23, 2025). Accordingly, Plaintiff's motion for a TRO is DENIED, without prejudice to considering the relief as a motion for a preliminary injunction.

Acknowledging, however, the need for expedited resolution in this case, the Court ORDERS the following schedule for Plaintiff's motion for a preliminary injunction:

- Defendants shall respond to Plaintiff's motion by **July 22, 2026**;

[1] After December 31, 2025, certain providers apparently continued to deliver services outlined in the 2019 FOFD despite the DOE's alleged default, but those providers ceased service in May 2026. Dkt. No. 7-1 ¶ 31.

- Plaintiff's reply shall be due by **July 27, 2026.**

The parties are FURTHER ORDERED to appear for a hearing on Plaintiff's motion on **Thursday, July 30, 2026**, at **11:00 a.m.** The hearing will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Dated: July 16, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge