UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

A.H., individually, and A.H., on behalf of N.H., a student with a disability,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and CHANCELLOR KAMAR H. SAMUELS in his official capacity,

Defendants.

---------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

26-CV-05926 (MMG)

**PLEASE TAKE NOTICE** that **JORDAN DOLL, ESQ.**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants.

Dated: New York, New York
July 20, 2026

**STEVEN BANKS**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
100 Church Street
New York, New York 10007
Phone: (212) 356-2624
Email: jdoll@law.nyc.gov

By: /s/
Jordan Doll
Assistant Corporation Counsel

**VIA ECF:**
All Counsel of Record