**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.H., individually and on behalf of N.H., a student with a disability,<br><br>Plaintiffs,<br><br>-against-<br><br>The Board of Education of the City School District of the City of New York, the New York City Department of Education, a/k/a New York City Public Schools, the City of New York, and Chancellor Kamar H. Samuels, in his official capacity,<br><br>Defendants. | 26 Civ. 5926 (MMG)<br><br>ECF CASE |

**SUPPLEMENTAL DECLARATION OF LAURA D. BARBIERI, ESQ. IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

LAURA D. BARBIERI, ESQ., declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice law before the courts of the State of New York and before this Court, and I am the principal of The Law Office of Laura D. Barbieri, PLLC, attorneys for Plaintiffs A.H. and N.H. in this action. I am fully familiar with the facts and prior proceedings set forth below.

2. I submit this Supplemental Declaration in further support of Plaintiffs' motion for a preliminary injunction, and for the limited purpose of placing before the Court the documents annexed hereto, which are referenced in Plaintiffs' Reply Memorandum of Law and in the Supplemental Declaration of A.H. submitted herewith.

3. This Supplemental Declaration supplements, and does not replace, my Declaration dated July 13, 2026 (the "Barbieri Declaration") and the exhibits annexed thereto. Exhibits annexed to this Supplemental Declaration are cited as "Barbieri S-Decl. Ex. __" to distinguish them from the exhibits annexed to the Barbieri Declaration.

4. Annexed hereto as **Exhibit 1** is a true and correct copy of the Supplemental Declaration of A.H., executed on July 29, 2026.

5. Annexed hereto as **Exhibit 2** is a true and correct copy of a composite exhibit comprising the written requests submitted to the New York City Department of Education ("DOE") on behalf of and by A.H., seeking an individualized education program ("IEP") meeting, an IEP, a free appropriate public education, and a school placement for N.H. for the 2025-2026 school year. Exhibit 2 consists of the following documents, which appear in the following order:

a. at page 1, a letter from A.H. dated August 15, 2025, addressed to Marlene Morris Lambert, Chairperson of Committee on Special Education 6, and to Kathleen Roblodowski, at their DOE electronic mail addresses, captioned "**REQUEST FOR I.E.P. MEETING**";

b. at pages 2 through 3, a Ten-Day Notice of Private Placement dated August 22, 2025, submitted on behalf of A.H. by Philippe Gerschel, Esq. to the DOE's Committee on Special Education 6 ten-day notice electronic mailbox; and

c. at page 4, a letter from A.H. dated September 5, 2025, addressed to Linda Herskovitz and Sara Zimmerman at their DOE electronic mail addresses, captioned "**REQUEST FOR I.E.P. MEETING**."

6. The document appearing at page 1 of Exhibit 2 is also annexed to the Barbieri Declaration as Exhibit 6. It is reproduced within Exhibit 2 so that the three written requests described above appear together, in chronological order, in a single exhibit.

7. Each of the documents comprising Exhibit 2 is maintained in the files of this office, or was obtained from prior counsel and is maintained in the files of this office, in the ordinary course of the representation of Plaintiffs. Each is a true and correct copy of the document as transmitted to the DOE on the date the document bears.

8. Personally identifying information has been redacted from the exhibits annexed hereto in accordance with Federal Rule of Civil Procedure 5.2 and consistent with the practice followed by the parties in this action to date.

9. Unredacted copies of any exhibit annexed hereto will be furnished to the Court or to Defendants' counsel promptly upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
July 29, 2026

_/s Laura Dawn Barbieri

Laura D. Barbieri, Esq.
THE LAW OFFICE OF LAURA D. BARBIERI, PLLC
Attorneys for Plaintiffs
115 West 73rd Street, Suite 1B
New York, New York 10023
(914) 819-3387
Laura@LDBarbLaw.com
www.LDBarbLaw.com