August 15, 2025

From: A[redacted]H[redacted]

To: C.S.E. 6 Chairperson, Marlene Morris Lambert mmorris5@schools.nyc.gov
and Kathleen Roblodowski, KRoblod@schools.nyc.gov

Re: **REQUEST FOR I.E.P. MEETING**
N[redacted]H[redacted] (DOB [redacted] 2011)
NYC ID #[redacted]

Dear Chair of the C.S.E.:

I am very concerned about [redacted] academic and social development. The District has not contacted us for the last two years for an I.E.P. I have not heard from the District about F.A.P.E. or services for the 2025-26 school year. [redacted] desperately needs special education intervention to continue making academic and social progress and to address his many special education needs.

I am, therefore, **requesting that you schedule an I.E.P. meeting as soon as possible** and consider the special education program and services that [redacted] requires. This will enable [redacted] to meet his academic and social goals and will provide my child with the necessary support he needs to make progress and to address his specific special education needs. We appreciate your time, efforts, and consideration in this matter.

You can reach me via email [redacted] or via telephone at [redacted]

With much thanks and appreciation,

[redacted]

A[redacted]H[redacted]

8/22/2025

To: 10daynoticeCSE6@schools.nyc.gov

**Re: 10-Day Notice of Private Placement**
N[redacted]H[redacted] (DOB [redacted]2011)
NYC ID [redacted]
[redacted]Brooklyn, NY [redacted]

Dear Chair of the CSE:

I am writing to you with great concern regarding [redacted] recommended placement and program for the 12M 2025-26 school year. We had an IEP meeting on or about 3/28/2023 for [redacted]The CSE created an IESP which recommended an inappropriate program with insufficient support.

I am very concerned that the District has not convened an IEP meeting in preparation for the 2025-2026 school year. Additionally the services set forth in the IESP are inappropriate. For these reasons, An IEP Meeting was requested from the CSE hoping the District to create a more appropriate IEP. A school placement was also requested. The CSE has yet to schedule an IEP Meeting as of this writing.

[redacted]is classified as a student with Autism. He has been diagnosed with ASD as well as Sensory Processing Disorder and Attention Deficit Hyperactivity Disorder. He presents with behavioral challenges and has low frustration tolerance. He is easily overwhelmed. [redacted]has had the benefit of a 1:1 SEIT provider who has worked with him on a push-in and pull-out basis. With the help of a variety of behavior interventions monitored by his SEIT provider,[redacted]has been making progress in a mainstream setting. Without this support structure, he would not be able to continue in a mainstream setting. This fact has been corroborated by his teachers, related service providers, and clinicians including his neuropsychologist. The most recent program is outdated, expired, and inappropriate.

I am, therefore, writing to reject the most recent reduced recommendations set forth in the above referenced IESP. We will have no choice but to place [redacted] in [redacted] located at [redacted] and provide [redacted] with the appropriate program. We will be seeking reimbursement or direct payment from the DOE for 1:1 SEIT and related services. Nothing in this document or any other communication from me should be deemed as relieving the District of its obligation to provide services under Pendency. At this juncture, although I will be making my best efforts to locate providers, I am uncertain that I will be able to secure providers for all the services.

I am looking forward to hearing from your office about any updated recommendations and placement for [redacted]

Sincerely,

/s/ Philippe Gerschel Esq. on behalf of Parent, A[redacted] H[redacted]

Law Office of Philippe Gerschel
30 Fifth Ave Suite 15D
New York, New York 10011
347-365-2624
gerschel@gerschellaw.com

September 5, 2025

From: A[redacted] H[redacted]
[redacted]
Brooklyn, N.Y. [redacted]
[redacted]

To: Linda Herskovitz, Lhersko2@schools.nyc.gov
and Sara Zimmerman, Szimmerman4@schools.nyc.gov

Re: **REQUEST FOR I.E.P. MEETING**
N[redacted] H[redacted] (DOB [redacted] 2011)
NYC ID [redacted]

Dear Ms. Herskovitz and Ms. Zimmerman:

I am very concerned about [redacted] academic and social development. The District has not contacted us for the last two years for an I.E.P. I have not heard from the District about F.A.P.E. or services for the 2025-26 school year. [redacted] desperately needs special education intervention to continue making academic and social progress and to address his many special education needs.

I am, therefore, **requesting that you schedule an I.E.P. meeting as soon as possible** and consider the special education program and services that [redacted] requires. This will enable [redacted] to meet his academic and social goals and will provide my child with the necessary support he needs to make progress and to address his specific special education needs. We appreciate your time, efforts, and consideration in this matter.

You can reach me via email [redacted] or via telephone at [redacted]

With much thanks and appreciation,

[redacted]

A[redacted] H[redacted]