The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

July 31, 2026

**BY ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al v. City of New York, et al.*
1:26-cv-05926 (MMG)

Your Honor:

This Office represents Defendants in the above-referenced matter. I write to request a two-week extension from August 5, 2026 until August 19, 2026 to respond to the Complaint. ECF No. 1. Plaintiffs consent to this request with the condition described herein.

Plaintiffs bring this action pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq*. seeking emergency relief in connection with allegedly outstanding pendency payments. *See e.g.*, ECF Nos. 1, 7-10. The Court held oral argument on Plaintiffs' pending motion on July 30, 2026,[1] and has not yet issued a ruling on the motion.

The additional time is requested to further investigate the legal and factual bases of Plaintiffs' allegations, coordinate with my client, and submit an appropriate response. Moreover, the Court's decision on Plaintiffs' motion, once issued, will impact Defendants' response to the Complaint.

Plaintiffs consent to this request with the following condition:

The parties agree that Plaintiffs' consent to Defendants' two-week extension request is given and dependent on the understanding that no negative inference can be drawn or determination can be made as to the represented urgency and irreparable harm caused by any delay

---

[1] Pursuant to the Court's guidance at oral argument, my client communicated to me on July 30, 2026 that they are conferring with the committee on special education about expeditiously scheduling a meeting with Plaintiffs.

in Plaintiffs receiving the relief requested under the Preliminary Injunction application before the Court.

This is Defendants' first request to extend the time to respond to the Complaint.

Defendants thank the Court for considering this request.

Respectfully submitted,

**[ECF]_____ ______/s/_____**
Jordan Doll
Assistant Corporation Counsel