The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

August 17, 2026

**BY ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al v. City of New York, et al.*
1:26-cv-05926 (MMG)

Your Honor:

This Office represents Defendants in the above-referenced matter. I write to request a one-week extension from August 19, 2026 until August 26, 2026 to respond to the Complaint. ECF No. 1. Plaintiffs consent to this request.

Plaintiffs bring this action pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq*. seeking emergency relief in connection with allegedly outstanding payments for special education services. *See e.g.*, ECF Nos. 1, 7-10. The Court issued an Order granting the Plaintiffs' motion for a preliminary injunction on August 4, 2026. ECF No. 21.

The additional time is requested due to a concurrent heavy caseload in other matters and a calendaring oversight that has complicated my schedule. Moreover, additional time has been needed to coordinate with my client given the Court's August 4, 2026 Order.

This is Defendants' second request to extend the time to respond to the Complaint. If granted, this request would not impact any other scheduled deadlines in this matter.

Defendants thank the Court for considering this request.

Respectfully submitted,

**[ECF]**______________/s/______

Jordan Doll
Assistant Corporation Counsel