UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
A.H., individually and on behalf of N.H., a student with a disability,

Plaintiff,

Case No. 26-cv-05926 (MMG)

-against-

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, et al.,

Defendants.
--------------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S AUGUST 4, 2026 OPINION & ORDER (ECF NO. 21)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated August 18, 2026; the Court's Opinion & Order dated August 4, 2026 (ECF No. 21); the transcript of the argument held on July 30, 2026 (ECF No. 23); and all prior pleadings, papers, and proceedings had herein, Plaintiff A.H., individually and on behalf of N.H., a student with a disability, will move this Court, before the Honorable Margaret M. Garnett, United States District Judge, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, for an order pursuant to Local Civil Rule 6.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rules 54(b) and 59(e) of the Federal Rules of Civil Procedure:

1. Granting reconsideration of Point IV of the Opinion & Order;

2. Upon reconsideration, declaring that the services established by the unappealed Findings of Fact and Decision dated November 9, 2019 constitute N.H.'s then-current educational placement within the meaning of 20 U.S.C. § 1415(j);
3. Directing Defendants to authorize and fund those services until the administrative and judicial proceedings in this matter have been concluded;
4. In the alternative, modifying the relief granted in Point V of the Opinion & Order to (a) extend through the conclusion of the administrative and judicial proceedings, or through the end of the 2026-2027 school year, and (b) confirm that the funding ordered encompasses the services rendered on and after January 1, 2026; and
5. Granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff does not seek reconsideration of Point III or Point V of the Opinion & Order, except to the extent set forth in paragraph 4 above.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.3, no affidavit has been filed in support of this motion.

Dated: New York, New York
August 18, 2026

Respectfully submitted,

*Laura Dawn Barbieri*

Laura D. Barbieri, Esq.
THE LAW OFFICE OF LAURA D. BARBIERI, PLLC
115 West 73rd Street, Suite 1B
New York, New York 10023
(914) 819-3387
Laura@LDBarbLaw.com

Attorneys for Plaintiff

TO: New York City Law Department
Attorneys for Defendants
Attn: Jordan Doll, Esq.
(via ECF)