STEVEN BANKS
*Corporation Counsel*

The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

August 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/20/2026

**BY ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al v. City of New York, et al.*
1:26-cv-05926 (MMG)

Your Honor:

This Office represents Defendants in the above-referenced matter. I write on behalf of all parties in response to the Court's August 4, 2026 Order to provide a status update in this matter. ECF No. 21.[1]

Defendants authorized payment a week ago pursuant to the terms of the 2019 Findings of Fact and Decision ("FOFD"). However, due to a miscommunication between my Office and my client, the correct email address to effectuate services was not provided to Plaintiffs' counsel until August 17, 2026. It is now the Plaintiff's obligation to submit invoices for services to effectuate reimbursement. Plaintiffs' counsel is still confirming with her client whether Plaintiffs were able to secure payment.

The parties propose filing a status letter on this matter with the Court on August 28, 2026.

Lastly, Plaintiffs filed a partial motion for reconsideration on August 18, 2026. ECF No. 26. Pursuant to Local Rule 6.1(a), Defendants' opposing papers are due August 25, 2026. Due to a concurrent heavy caseload and many competing deadlines, Defendants respectfully request that their time to oppose the motion be extended until September 8, 2026. Plaintiffs kindly consent to this request.

[1] The parties apologize for the untimeliness of this letter. The parties mistakenly read the Order as requiring a status update in ten business days, rather than ten calendar days.

The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

**[ECF]** /s/

Jordan Doll
Assistant Corporation Counsel

GRANTED. The parties are ORDERED to file a further joint status letter by **August 28, 2026**.

The deadline for Defendants to respond to Plaintiffs' motion for reconsideration is EXTENDED to **September 8, 2026**.

SO ORDERED. Dated August 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE