The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

August 26, 2026

**<u>BY ECF</u>**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al. v. City of New York, et al.*
1:26-cv-05926 (MMG)

Your Honor:

This Office represents Defendants in the above-referenced matter. I write in response to the Court's July, 15 2026 Order. ECF No. 5. Plaintiffs, due to competing obligations, were unable to immediately provide their positions on discovery or the briefing schedule in this matter. However, upon information and belief, Plaintiffs will write to the Court promptly with their positions.

As the Court may recall, Plaintiffs bring this action pursuant to, *inter alia*, the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq*. seeking emergency relief in connection with allegedly outstanding pendency payments. *See e.g.*, ECF Nos. 1, 7-10. The Court held oral argument on Plaintiffs' motion for a preliminary injunction on July 30, 2026, and issued a ruling granting, in part, Plaintiffs' motion on August 4, 2026. ECF No. 21. Plaintiffs filed a partial motion for reconsideration of this Order on August 18, 2026. ECF No. 26. The Court extended Defendants' time to respond to this motion until September 8, 2026. ECF No. 29.

Defendants do not anticipate needing discovery beyond the certified administrative record of the underlying proceedings, but reserve the right to seek it if Plaintiffs decide to request discovery.

That being said, Defendants propose any briefing schedule for motions for summary judgment be stayed until the Court has issued a final ruling on Plaintiffs' pending motion for reconsideration.

Defendants thank the Court for its continued attention to this matter.

Respectfully submitted,

**[ECF]______ ______/s/______**
Jordan Doll
Assistant Corporation Counsel