The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

August 28, 2026

**BY ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al. v. City of New York, et al.*
1:26-cv-05926 (MMG)

Your Honor:

This Office represents Defendants in the above-referenced matter. I write on behalf of Defendants in response to the Court's August, 20 2026 Order to provide a status report on the implementation of the Court's August 4, 2026 Order. ECF Nos. 21-9. Plaintiffs' counsel, again, has not made themselves available for standard joint communications with this Court.

Defendants have authorized payment, and it is now Plaintiffs' obligation now to submit invoices for services. Plaintiffs have not communicated anything to Defendants that would suggest the Court's Order is not being appropriately effectuated.

Defendants thank the Court for its continued attention to this matter.

Respectfully submitted,

**[ECF]____________/s/______**
Jordan Doll
Assistant Corporation Counsel