THE LAW OFFICE OF
LAURA D. BARBIERI, PLLC

August 29, 2026

BY ECF
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al. v. City of New York, et al.*
26-cv-05926 (MMG)

Dear Judge Garnett:

I write as counsel to Plaintiffs and apologize for submitting two letters instead of a joint submission; however, Defendants' representations concerning Plaintiffs' counsel are misstated. I advised Defendants' counsel early in the day yesterday of my limited availability since I was out of town on a family vacation and supplied the contents of Plaintiffs' position for inclusion in a joint letter. Defendants chose not to include Plaintiffs' position or status and, instead, wrote individually.

Concerning the status of the implementation of the Court's Order, Plaintiffs advised Defendants that they were not in a position to know whether or not the information supplied by Defendants, namely, an email address for the submission of invoices for services' payments, was effective and operational since invoices for payment are submitted on a monthly basis, and a month had yet to pass triggering submission. We note that the email Defendants' provided is the second email my clients were offered. The first email offered to Plaintiffs for implementation of the Court's Order was not operational; further, when my clients attempted to query the nonpublic school office for service payables, the individual with whom they spoke had no knowledge of the Court's order or their ability to implement the Order. As a result, and given that the current services being provided to N.H. commenced solely as a result of Plaintiffs' counsel's representation that the Court ordered Defendants to authorize or arrange for services payments, and that they would be paid accordingly, Plaintiffs are cautious concerning any determination as to whether the Court's Order may be implemented through the email address Defendants provided.

Accordingly, Plaintiffs respectfully suggest that the Court permit the submission of an updated status report in one month at which time Plaintiffs will have additional information concerning whether the email address was operational and whether service payments were authorized.


115 W. 73rd Street, Ste. 1B, New York, New York 10023
(914) 819-3387 (call or text)
Laura@LDBarbLaw.com *** www.LDBarbLaw.com

THE LAW OFFICE OF
LAURA D. BARBIERI, PLLC

Thank you for your attention and courtesies, and we again apologize for the submission of individual status reports.

Respectfully submitted,

/s/ *Laura Dawn Barbieri*
Laura Dawn Barbieri
Counsel for Plaintiffs

cc: all counsel of record by ecf


115 W. 73rd Street, Ste. 1B, New York, New York 10023
(914) 819-3387 (call or text)
Laura@LDBarbLaw.com *** www.LDBarbLaw.com