The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

September 9, 2026

**BY ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H., et al. v. City of New York, et al.*
1:26-cv-05926 (MMG)

Your Honor:

This Office represents Defendants in the above-referenced matter. I write on behalf of all parties to provide the Court a status update in this matter. *See* ECF No. 35.

Payments for services have been authorized pursuant to the August 4, 2026 Court Order, ECF No. 21, and the terms of the 2019 FOFD. The Parent initially submitted invoices for equitable services provided from January 2026 through May 2026, but not for the prospective period awarded by the August 4, 2026 Court Order. However, I was informed late this afternoon by my client that the Parent's August invoice for services has been processed.

Defendants have attempted to schedule an Individualized Education Program ("IEP") meeting with the Plaintiffs where they can evaluate the Student and, then, offer the Student a public placement. An IEP meeting was scheduled for August 12, 2026 and was rescheduled to early September due to the families' and their counsel's vacation schedule. The meeting was again rescheduled because the Parent needed additional time to submit private evaluations, which she indicated would be available by September 8, 2026. Defendants reached out with further September dates, but those dates were not appropriate, given that they were in the middle of the Jewish Holidays. Plaintiffs and Defendants continue to attempt to schedule a CSE meeting.

Lastly, a Case Management Plan is attached hereto as Exhibit A.[1]

The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

**[ECF]__________/s/______**
Jordan Doll
Assistant Corporation Counsel

[1] While Defendants submit this joint CMP with Plaintiffs' counsel per the Court's direction (ECF No. 35), they also move to stay discovery. ECF No. 39. Plaintiffs oppose this request. Defendants' agreement to a proposed case management plan is conditioned on the Court denying Defendants' motion to stay.