UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

A.H., Individually and on behalf of N.H., a student with a disability,

Plaintiffs,

-against-

The Board of Education of the City School District of the City of New York, et al,

Defendants.

----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

1:26-cv-5926(MMG)

**PLEASE TAKE NOTICE** that I, Thomas Lindeman, am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned action, presently assigned to this action as an attorney to be noticed. Accordingly, all future filings, or other information, related to this action should be directed to me at the below address. ECF notification and all other inquiries can be directed to my email, TLindema@law.nyc.gov.

Dated: New York, New York
October 27, 2026

Yours, etc.
Steven Banks
Corporation Counsel of the
City of New York
Attorney for New York City Defendants
100 Church Street, 2nd Fl
New York, New York 10007
Tel.: (212) 356-0418

BY: ___/s/________________
Thomas Lindeman