UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

A.H., individually, and A.H., on behalf of N.H., a student with a disability,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and CHANCELLOR KAMAR H. SAMUELS, in his official capacity,

Defendants.

---------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

26-CV-05926 (MMG)

**PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for Defendants.

Dated: New York, New York
October 27, 2026

**STEVEN BANKS**
*Corporation Counsel of the City of New York*
100 Church Street
New York, New York 10007
Phone: (212) 356-4377
Email: kriddleb@law.nyc.gov

By: *<u>/s/ Kendra Elise Riddleberger</u>*
KENDRA ELISE RIDDLEBERGER
*Assistant Corporation Counsel*

**<u>VIA ECF</u>:**
All Counsel of Record