UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

A.H., individually, and A.H., on behalf of N.H., a student with a disability,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and CHANCELLOR KAMAR H. SAMUELS, in his official capacity,

Defendants.

---------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

26-CV-05926 (MMG)

**To: The Clerk of Court**

Please enter the appearance of the undersigned as counsel for Defendants The City of New York, The Board of Education of the City School District of The City of New York, The New York City Department of Education, and Chancellor Kamar H. Samuels, in his official capacity, in this action.

Dated: New York, New York
November 16, 2026

**STEVEN BANKS**
*Corporation Counsel of the City of New York*
100 Church Street
New York, New York 10007
Phone: (212) 356-1987
Email: jijaz@law.nyc.gov

By: */s/ Javeria Ijaz*
JAVERIA IJAZ
*Assistant Corporation Counsel*