UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
A.H., Individually, and A.H. on behalf of N.H.,
A student with a disability,

Plaintiff,

- against -

THE CITY OF NEW YORK, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and CHANCELLOR KAMAR H. SAMUELS in his official capacity,

Defendants.
-------------------------------------------------------------x

Case No. 26-CV-05926 (MMG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joseph Zelmanovitz of Stahl & Zelmanovitz, whose address is 747 Third Avenue, Suite 33B, New York, New York 10017, 212-826-6422, hereby appears as co-counsel of record on behalf of the plaintiff.

Dated: New York, New York
November 18, 2026

STAHL & ZELMANOVITZ
*Attorneys for Plaintiff*

By: /s/ Joseph Zelmanovitz
Joseph Zelmanovitz
747 Third Avenue, Suite 33B
New York, New York 10017
(212) 826-6422
jzelmanovitz@szlawllp.com