THE LAW OFFICE OF
**LAURA D. BARBIERI, PLLC**

November 20, 2026

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *A.H. o/b/o N.H. v. Bd. of Educ. of the City Sch. Dist. of the City of N.Y.*, No. 26-cv-5926 (MMG)
**Plaintiffs' Letter to Correct Date of IHO Conference**

Dear Judge Garnett:

I write on behalf of Plaintiffs to correct information provided to the Court yesterday, Thursday, November 19, 2026, during our hearing. I incorrectly stated that the next IHO conference where pendency may be considered was scheduled for November 23, 2026. **The correct date is December 23, 2026.** November 23, 2026 was an internal deadline between the petitioner and respondent to agree or dispute the filing of the amended due process complaint. It is my understanding that the DOE has since agreed to accept the Amended Due Process Complaint.

I apologize for the error and thank the Court for its consideration.

Respectfully submitted,

/s/ Laura Dawn Barbieri
Laura Dawn Barbieri
Counsel for Plaintiffs

cc: All counsel of record (by ECF)


790 Riverside Drive, Ste. 4J, New York, New York 10032
(914) 819-3387 (call or text)
Laura@LDBarbLaw.com *** www.LDBarbLaw.com